IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE ESTATE OF § | | |
| JOHN A. TRIVANOVICH § | | PLAINTIFF |
| § | | |
| v. § | CIVIL ACTION NO. 1:06CV539-LG-JMR | |
| § | | |
| GULFPORT-BILOXI REGIONAL § | | |
| AIRPORT AUTHORITY § | | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [25] filed by the defendant, Gulfport-Biloxi Regional Airport Authority, the Court, after a full review and consideration of the defendant's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the Gulfport-Biloxi Regional Airport Authority pursuant to FED. R. CIV. P. 56.  This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 14th day of July, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE